**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| ROLAND MARTIN, ELWIS JOHNSON, TREVOR EDWARDS, SHAWNA KNUTSON, SANTORIA TEXIDOR, AND ALONZO HINTON,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO. L.P., AND THE JONES FINANCIAL COMPANIES, L.L.L.P,<br><br>Defendants. | Case No. 4:26-cv-00791-JMD |

**PLAINTIFFS' MOTION TO REASSIGN CASE**

Pursuant to Local Rule 2.08, *see* E.D.Mo. L.R. 2.08(A), and this Court's inherent authority, Plaintiffs Roland Martin, Elwis Johnson, Trevor Edwards, Shawna Knutson, Santoria Texidor, and Alonzo Hinton, individually and on behalf of all others similarly situated ("Plaintiffs"), respectfully request this Court enter an order directing the Clerk's Office to reassign this matter to the Honorable Sarah E. Pitlyk, who presides over the related matter *Katie Dixon, et al. v. Edward D. Jones & Co. L.P., et al*, Case No. 4:22-cv-00284-SEP.  This Motion is based on Plaintiffs' Memorandum in Support, filed contemporaneously herewith.

Dated:  July 13, 2026

Respectfully submitted,

*/s/ Chauniqua D. Young*
Chauniqua D. Young*
Adam T. Klein*
Michael C. Danna
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2005
Email: cyoung@outtengolden.com
Email: aklein@outtengolden.com
Email: mdanna@outtengolden.com

Ryan C. Cowdin*
**OUTTEN & GOLDEN LLP**
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: rcowdin@outtengolden.com

Anne Weis*
**OUTTEN & GOLDEN LLP**
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: aweis@outtengolden.com

*/s/ George Hanson*
George Hanson (MO Bar 43450)
Jordan Kane (MO Bar 71028)
**STUEVE SIEGEL HANSON**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone.: 816.714.7100
Email: hanson@stuevesiegel.com
Email: kane@stuevesiegel.com

*Counsel for Plaintiffs*
*\*admitted Pro Hac Vice*

2

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Edward D. Jones & Co. L.P. and The Jones Financial Companies, L.L.L.P. ("Defendants") about the merits of this motion, as follows:

On Wednesday, July 8, 2026, at 9:52 AM (all times Eastern), Plaintiffs informed Counsel for Defendants, Carson Sullivan and Felicia Davis, of their intent to file this motion, and requested Edward Jones' consent.  The same day, at Defendants' request, Plaintiffs provided a draft memorandum of law in support of the motion.  Plaintiffs also offered to meet and confer.  On Friday, July 10, 2026, at 10:16 AM, Carson Sullivan informed Plaintiffs via email that Edward Jones could not sign on to the motion as written and could not provide a response at this time.  Plaintiffs responded at 1:32 PM offering to meet and confer further and checking if there was any language that could be added to the motion memorandum that would allow Edward Jones to consent or provide a concrete position.  At 4:30 PM, Carson Sullivan confirmed that Defendants could not sign on to the motion or further confer at this time.  As such, the result of these conferral efforts is that Counsel for Defendants would not say whether the motion is opposed.

/s/ Chauniqua D. Young
Chauniqua D. Young

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of July, 2026, I filed the foregoing Motion and accompanying Memorandum of Law and Proposed Order via the Court's CM/ECF system, effecting service upon all counsel of record, and that an additional copy of all motion papers were served via email to Counsel for Defendants:

Carson Sullivan (carsonsullivan@paulhastings.com)

Felicia Davis (feliciadavis@paulhastings.com)

Phil Cantwell (pcantwell@dowdbennett.com)

Lisa Bertain (lbertain@dowdbennett.com)

Jim Bennett (jbennett@dowdbennett.com)

*/s/ Chauniqua D. Young*
Chauniqua D. Young
